# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Sabur Demary

Plaintiff,

v.                                                                Case No.: 3:20–cv–00729

Kroger Limited Partnership I, et al.

Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/22/2021 re [26].

Lynda M. Hill
s/ Megan Gregory, Deputy Clerk
